1  Rachel R. Davidson, (State Bar No. 215517)
   KIRKPATRICK & LOCKHART PRESTON
2  GATES & ELLIS LLP
   55 Second Street, Suite 1700
3  San Francisco, California 94105-3493
   Telephone: (415) 882-8200
4  Facsimile:  (415) 882-8220

5  David A. Bateman (pro hac vice)
   Shaakirrah R. Sanders (pro hac vice)
6  KIRKPATRICK & LOCKHART PRESTON
   GATES & ELLIS LLP
7  925 Fourth Avenue, Suite 2900
   Seattle, WA 98104
8  Telephone: (206) 623-7580
   Facsimile: (206) 370-6110
9
   Attorneys for Plaintiff
10 Microsoft Corporation

11 Dawson G. Crawford (State Bar No. 178373)
   237 Alamendra Ave.
12 Los Gatos, CA 95030
   Telephone: (408) 395-9898
13 Facsimile: (408) 395-4335

14 Attorneys for Defendant
   Miles L. Bassik, d/b/a MILESB
15

16
                    UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18

19 MICROSOFT CORPORATION, a           )   Case No. C 06-06708 WHA
   Washington corporation,            )
20                                    )   **STIPULATION AND ORDER FOR**
                         Plaintiff,   )   **PERMANENT INJUNCTION**
21       v.                           )
                                      )
22                                    )
                                      )
23 MILES L. BASSIK, d/b/a MILES B,    )
                                      )
24                       Defendant.   )
                                      )
25 _____  )

26

27

28

STIPULATION AND ORDER FOR PERMANENT              1                    Printed on Recycled Paper
INJUNCTION
Case No. C 06-06714 WHA

It is hereby stipulated by and between Plaintiff Microsoft Corporation and Defendant Miles L. Bassik, through his designated counsel of record, that Defendant, while denying all claims, causes of action, liability and damages alleged in the above-referenced action, shall cease and refrain from engaging in any of the following activities, and from assisting, aiding, or abetting any other person or entity in engaging in or performing any of the following activities:

    a.    engaging in the business of advertising, distributing, and selling counterfeit computer software, including programs covered by Microsoft's registered copyrights and bearing Microsoft's registered trademarks or imitations thereof;

    b.    advertising and distributing counterfeit Microsoft software in interstate commerce on the Internet by using any Internet auction site, including eBay (www.ebay.com) and PriceGrabber (www.pricegrabber.com); and

    c.    engaging in any other activity constituting an infringement of any of Microsoft's property rights, Registered or Unregistered Trademarks, servicemarks and/or copyrights, or of Microsoft's rights in, or right to use or to exploit these property rights, trademarks, servicemarks, and/or copyrights.

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulation and Order for Permanent Injunction with them, and have the authority to bind their respective clients.

DATED: August 15, 2007    KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

By ___/s/___
Rachel R. Davidson
Attorney for Microsoft Corporation

DATED: 7/30/2007    LAW OFFICES OF DAWSON G. CRAWFORD

By _____
Dawson G. Crawford
Attorney for Miles B. Bassik

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

DATED this ___ day of August, 2007
      27th

_____
The Honorable William H. Alsup
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*