Rachel R. Davidson, (State Bar No. 215517)
KIRKPATRICK & LOCKHART PRESTON
GATES & ELLIS LLP
55 Second Street, Suite 1700
San Francisco, California 94105-3493
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

David A. Bateman (pro hac vice)
Shaakirrah R. Sanders (pro hac vice)
KIRKPATRICK & LOCKHART PRESTON
GATES & ELLIS LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Facsimile: (206) 370-6110

Attorneys for Plaintiff
Microsoft Corporation

Dawson G. Crawford (State Bar No. 178373)
237 Alamendra Ave.
Los Gatos, CA 95030
Telephone: (408) 395-9898
Facsimile: (408) 395-4335

Attorneys for Defendant
Miles L. Bassik, d/b/a MILESB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>MILES L. BASSIK, d/b/a MILES B,<br><br>Defendant. | Case No. C 06-06708 WHA<br><br>**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

1   It is hereby stipulated by and between Plaintiff Microsoft Corporation and Defendant Miles
2   L. Bassik through their designated counsel of record, that the Complaint for Willful Copyright
3   Infringement in Violation of 15 U.S.C. §§ 501, *et seq.*, Willful Trademark Infringement in Violation
4   of 15 U.S.C. §§ 1114 *et seq.*, False Designation of Origin In Violation of 15 U.S.C. §§ 1125 *et seq.*,
5   Constructive Trust, and Accounting in the above-entitled action be and hereby is dismissed, with
6   prejudice, in its entirety pursuant to Rule 41 of the Federal Rules of Civil Procedure, including all
7   claims and counterclaims against each party, and that each party shall bear its own costs and
8   attorneys' fees.

The parties entered into a Settlement Agreement pursuant to which the parties agreed that they would request this Court to retain jurisdiction over any future enforcement of the Settlement Agreement.

The respective attorneys, by their signatures below, represent and warrant that they have the consent of their respective clients, have discussed this Stipulation and Order for Voluntary Dismissal with Prejudice with them, and have the authority to bind their respective clients.

DATED: August 17, 2007       KIRKPATRICK & LOCKHART PRESTON GATES ELLIS LLP

                             By /s/ Rachel R. Davidson
                                Rachel R. Davidson
                                Attorney for Microsoft Corporation

DATED: August 17, 2007

                             By /s/ Dawson Crawford
                                Dawson Crawford
                                Attorney for Miles L. Bassik

## ORDER

Having considered the parties Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. This action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

2. This Court shall maintain jurisdiction over this case for the purpose of any action to enforce the Settlement Agreement.

Dated: August 27, 2007

_____
The Honorable William Alsup
UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge William Alsup]*